UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JOHN S. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 4:05-CV-17-AS |
| | ) | |
| LIFETOUCH NATIONAL SCHOOL STUDIOS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM, ORDER AND OPINION**

This case is currently set for oral argument hearings on January 20, 2006 in Lafayette, Indiana. On or about June 17, 2004, Defendant and Counterclaimant Lifetouch National Studios, Inc. filed a Counterclaim against Plaintiff John S. Taylor. The parties subsequently filed a stipulation of dismissal of that counterclaim pursuant to Indiana Trial Rule 41(A)(1)(b). The stipulation was signed by all parties as required by rule.

Accordingly, Lifetouch National Studios, Inc.'s Counterclaim is **DISMISSED** in its entirety with prejudice. Additionally, Counter-Defendant John Taylor's motion to dismiss Counterclaim (DE# 23) is **DENIED** as moot. Oral arguments on all remaining pending motions will go forward as scheduled. **SO ORDERED**.

**DATE: January 17, 2006**

S/ ALLEN SHARP
Honorable Allen Sharp, Judge
United States District Court